# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| SAACHEZ WEST, | : | Case No. 1:23-cv-271 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| TRIHEALTH HOSPITAL INC., et al., | : | |
| Defendants. | : | |

## JUDGMENT IN A CIVIL CASE

|     |                       |                                                                                                                                   |
|-----|-----------------------|-----------------------------------------------------------------------------------------------------------------------------------|
|     | **Jury Verdict.**     | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.          |
| X   | **Decision by Court.**| This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.      |

**IT IS ORDERED AND ADJUDGED** that:

1. This case is DISMISSED for want of prosecution;
2. Defendants' Motion for an In-Person Status Conference (Doc. 10) is DENIED AS MOOT; and
3. This case is TERMINATED from the Court's docket.

Dated: April 19, 2024.                            Richard W. Nagel, Clerk of Court
                                                  By: */s/ Kellie A. Fields*
                                                       Deputy Clerk